William Anthony **BROOKS,**
**Petitioner-Appellant,**

v.

Robert **FRANCIS,** Warden, Georgia Diagnostic and Classification Center,
**Respondent-Appellee.**

No. 83–8028.

United States Court of Appeals,
Eleventh Circuit.

March 15, 1984.

Stephen B. Bright, Atlanta, Ga., for petitioner-appellant.

Mary Beth Westmoreland, Atlanta, Ga., for respondent-appellee.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs.